IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDWIN A.,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-1363-L-BK** |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT,** | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

On October 10, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 10) was entered, recommending that the court deny Petitioner's pro se habeas petition for relief under 28 U.S.C. § 2241 and dismiss without prejudice this action. Petitioner is an alien detainee in the custody of Immigration and Customs Enforcement ("ICE"). He brought this habeas action to challenge his detention pending removal from the United States and seek immediate release from ICE custody. The Report concludes that the habeas petition should be denied because Petitioner has failed to meet his initial burden under *Zadvydas v. Davis*, 533 U.S. 678 (2001). As of the date of this order, the court has not received any objections from to the Report, and the deadline for filing objections has expired.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **denies** Petitioner's habeas petition for relief under 28 U.S.C. § 2241 and **dismisses without prejudice** this habeas action.

Order – Page 1

**It is so ordered** this 1st day of November, 2024.

Sam A. Lindsay
United States District Judge